IN THE UNITED STATES BANKRUPTCY COURT
For the EASTERN DISTRICT of NEW YORK
BROOKLYN DIVISION

|  |  |
|---|---|
| In re:<br>Genaro A. Jaquez Jr/<br>Genaro Jaquez, Jr.<br><br>　　　　Debtor(s) | Chapter:　　7<br>Case Number:　13-41691-NHL<br>Assigned to the Honorable:<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

The undersigned attorneys for:

CAPITAL ONE, N.A.
Merchant Name: BEST BUY CO., INC.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that CAPITAL ONE, N.A. be given and served with all notices given or required to be given in the case as follows:

　　　　CAPITAL ONE, N.A.
　　　　Bass & Associates, P.C.
　　　　3936 E. Ft. Lowell Road, Suite #200
　　　　Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 04/24/13
Account Number: ************0978

　　　　Respectfully submitted,
　　　　Bass & Associates, P.C.

　　　　By: /s/ Patti H. Bass  (AZ 016849)
　　　　　　Attorneys for Creditor
　　　　　　CAPITAL ONE, N.A.
　　　　　　3936 E Ft Lowell Rd Suite 200
　　　　　　Tucson, AZ  85712-1083
　　　　　　(520) 577-1544
　　　　　　ecf@bass-associates.com